Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | Case No. 1:13-cv-01441-AWI-SKO |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| ARNULFO M. GARIBAY, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendant: ARNULFO M. GARIBAY, INDIVIDUALLY AND D/B/A EL COLIMA RESTAURANTE, and the above-entitled action in its entirety. This Dismissal is made pursuant to FRCP 41 (a).

Dated: December 2, 2013        *s/Thomas P. Riley*
LAW OFFICES OF THOMAS P. RILEY, P.C.
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

It is so Ordered. Dated: 12-3-13

United States District Judge