1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7



8             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | Case No. 1:13-cv-01441-AWI-SKO |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| ARNULFO M. GARIBAY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendant: ARNULFO M. GARIBAY, INDIVIDUALLY AND D/B/A EL COLIMA RESTAURANTE, and the above-entitled action in its entirety. This Dismissal is made pursuant to FRCP 41 (a).

Dated: December 2, 2013      *s/Thomas P. Riley*
                             LAW OFFICES OF THOMAS P. RILEY, P.C.
                             By: Thomas P. Riley
                             Attorneys for Plaintiff
                             J & J Sports Productions, Inc.

///                    It is so Ordered. Dated: 12-3-13

///
                                    _____
                                    United States District Judge